UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

MANPREET TOOR,                                                       Petitioner,

v.                                                        Civil Action No. 4:26-cv-264-DJH

MIKE LEWIS, Jailer, Hopkins County Jail
et al.,                                                             Respondents.

* * * * *

### **ORDER**

In light of the Court's May 19, 2026 Memorandum and Order (Docket No. 14) ordering

Petitioner Manpreet Toor's immediate release, and the Court being otherwise sufficiently advised,

it is hereby

**ORDERED** that the motion for a temporary restraining order and an order to show cause

(D.N. 3) is **DENIED** as moot.

May 19, 2026

David J. Hale, Chief Judge
United States District Court

1